AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. |
|  | ) 1:22-MJ-124 |
| KEITH DOUGLAS CASEY | ) |
|  | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **March 30, 2022** in the county of **Jefferson** in the **Eastern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 115(a)(1)(B) | Making Threats Against a United States Official |

This criminal complaint is based on these facts:

Please see attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

FBI, Adam Park
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/06/2022

*Judge's signature*

City and state: Beaumont, Texas   Hon. Christine Stetson, US Magistrate Judge
*Printed name and title*