1:22mj124

## AFFIDAVIT OF PROBABLE CAUSE
## IN SUPPORT OF AN ARREST WARRANT

I, Adam Park, being duly sworn, do hereby state as follows:

1. My name is Adam Park and I am employed by the Texas Department of Public Safety (DPS) as a Special Agent and have been so employed since 2002. I am assigned to the Federal Bureau of Investigation Joint Terrorism Task Force in Beaumont, Texas, where I serve as a Task Force Officer (TFO). As part of my daily duties as an FBI TFO, I investigate criminal violations of federal law, including violations of 18 U.S.C. § 115(a)(1)(B), which makes it unlawful to threaten to assault, kidnap, or murder a United States official.

2. During my tenure as a TFO, I have received training in a variety of investigative and legal matters, including investigating and charging federal crimes, as well as federal search and seizure law. I have conducted numerous investigations pertaining to violations of federal and state laws, including threats to assault, kidnap, and murder. Additionally, by my education I possess a Bachelor of Applied Arts and Sciences degree, a Master of Public Administration degree, a Master of Science degree in Applied Criminology, and a Ph.D. in Psychology.

3. I am making this affidavit in support of an arrest warrant for **Keith Douglas Casey** for violations of 18 U.S.C. § 115(a)(1)(B), by making threats against a United States official, United States Congressman Randy Weber. Because this affidavit is being submitted for the limited purpose of obtaining an arrest warrant, I have not included every fact known to me concerning this investigation. I have set forth only the facts necessary to establish probable cause that a federal crime has been committed. The

1

information set forth in this affidavit was obtained during the course of my employment as an FBI TFO, through personal observations, the statements of witnesses, information supplied by other local and federal law enforcement officers, and through other investigative activity. I have included only those details necessary to establish probable cause for the application and do not claim this affidavit to represent the full scope of all details of this investigation.

## PROBABLE CAUSE

4.   In March of 2022, I learned about an investigation by the Texas Department of Public Safety Criminal Investigations Division regarding a threat to United States Congressman Randy Weber.

5.   According to that investigation, on March 30, 2022, at approximately 10:16 a.m., the United States Capitol Police ("USCP") Threat Assessment Section ("TAS") received an email from J.W., a staff member from Congressman Weber's office. J.W. reported that they had been made aware of alleged death threats against Congressman Weber by **Keith Douglas Casey** (**Casey**). According to the email, D.H., another staff member from Congressman Weber's office, took a call from a constituent (D.M.) at a radio station in Beaumont, Texas. D.M. informed D.H. that **Casey**, who was one of Congressman Weber's opponents in the primary election, had made death threats against Congressman Weber.

6.   On March 29, 2022, at approximately 8:45 p.m., D.M. received a call from a telephone number that caller ID identified as belonging to **Casey**. **Casey** told D.M. he was in Beaumont waiting for D.M. and another radio host to report on a "plot." **Casey** continued on about Greg Abbott and Congressman Weber being involved in

2

organized crime and how they stole the election from him (**Casey**). During the conversation, **Casey** stated that "I'm gonna kill that son of a bitch," which D.M. interpreted to be a threat against Congressman Weber.

7. On March 30, 2022, at approximately 11:10 a.m., USCP Special Agent Josh Bank interviewed J.W. who advised that D.M. called Congressman Weber's office to report that **Casey**, a former primary candidate, had threatened Congressman Weber. J.W. advised that, according to D.M., **Casey** threatened to kill Congressman Weber. D.M. further advised that **Casey** had also shown up in the radio station's office several times exhibiting threatening behavior.

8. The same day, at approximately 11:20 a.m., Special Agent Bank spoke with D.M. who stated that **Casey** had shown up to the radio station office several times over the past four to six weeks. D.M. stated **Casey** made comments about needing to "get them" and "we're gonna kill them" in reference to Governor Abbott and Congressman Weber.

9. On August 10, 2022, **Casey** traveled to the Jefferson County Courthouse in Beaumont, Texas. Jefferson County Mental Health Deputy Steve Hinton (Deputy Hinton) reported that **Casey** identified himself to Deputy Hinton as a "prophet" and "servant of the most-high God" and advised that he had an appointment with Jefferson County Judge Jeff Branick. **Casey** agreed to speak with a Qualified Mental Health Professional and stated he recently ran against Congressman Randy Weber and won, but through election fraud he was "exiled" from office.

10. **Casey** advised Deputy Hinton that the meeting with Judge Branick was to deliver a message he had downloaded to his (**Casey**'s) brain. Deputy Hinton noted that **Casey**

presented with delusional thoughts and specific homicidal ideations. **Casey** stated that he heard voices and complained of electronic harassment by the government (wiretapping). Detective Hinton documented that **Casey** had access to weapons and was pictured holding a firearm in his campaign brochure for U.S. Congress.

11. Deputy Hinton assessed that **Casey** needed immediate physician-directed intervention and stabilization. Specifically, Deputy Hinton advised that **Casey** was homicidal with specific plans and presented himself as a danger to others to the degree that he should be detained.

12. **Casey** was considered a threat to public safety due to his mobility, access to weapons, and his perceived ability to carry out his plans. Further, **Casey** to have spoke with conviction and determination which further heightened concern and prompted the execution of an Emergency Detention Order that would allow a licensed physician to perform a secondary evaluation and observation. Accordingly, **Casey** was transported to local hospital for inpatient care.

13. On December 5, 2022, I was contacted by Jefferson County Sheriff's Office Detective Brian Sain, who informed me that on November 10, 2022, a witness (G.R.) observed a white male subject (later identified as **Casey**) sitting inside a car that was parked in front of a business in Nederland, Texas, within the Eastern District of Texas.

14. According to G.R., the subject was moving in and out of the vehicle in an erratic manner. G.R. reported that he/she approached the subject to check on his welfare. G.R. stated that the subject (later identified as **Casey**) complained that "the election was stolen from him (**Casey**)." G.R. also advised the male subject stated he had a

4

gun and was "going to take him down," referring to the man that had stolen the election. I know by my investigation that **Casey** was referring to Congressman Weber.

15. The male subject provided G.R. with his (**Casey**'s) campaign flyer, which G.R. later provided to Detective Sain. Detective Sain identified the subject in the flyer as **Keith Douglas Casey**.

16. On December 5, 2022, I interviewed G.R. regarding the incident on November 10, 2022. G.R. corroborated the statements provided to me by Detective Sain. I then viewed **Casey**'s Twitter page which contains an image of **Casey** holding what appears to be a rifle or shotgun in his right hand. **Casey** is also depicted wearing a holster, accompanied by a revolver-type pistol, on his right hip. I am familiar with **Casey**'s photograph from previous investigative activities.

17. Accordingly, based upon the information contained herein, there is probable cause to believe that **Keith Douglas Casey** has violated 18 U.S.C. § 115(a)(1)(B) by threatening to assault and murder a United States official.

Adam Park
Task Force Officer
Federal Bureau of Investigation

Signed and sworn before me this 6th day of December, 2022.

Christine L. Stetson
U.S. Magistrate Judge

5